SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $9,983.76 |
| PENNA | $56.20 | $1,912.13 |
| PHILA | $68.46 | $2,329.44 |
| HEALTH COPAY | $44.76 | $1,173.79 |
| RRTA TIER I | $136.61 | $4,674.93 |
| RRTA TIER II | $87.50 | $2,994.40 |
| UNION DUES | $23.45 | $586.25 |
| PRIMARY CHECK | $1,154.09 | $38,629.35 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $40,876.82 |
| OVERTIME EARN | 0 | 0 | $0.00 | $14,451.79 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $11.40 |
| VAC PAY | 0 | 0 | $0.00 | $3,818.00 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,396.07 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $292.32 | = | $1,154.09 | | 131687143 | $1,154.09 |
| Y TO D | $62,284.05 | - | $14,225.33 | - | $9,429.37 | = | $38,629.35 | 06-27-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,154.09

[redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

07-02-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 32 | $1,464.40 | $42,341.22 |
| OVERTIME EARN | 0 | 64 | $4,297.22 | $19,286.16 |
| NIGHT SHIFT | 0 | 8 | $8.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $3,818.00 |
| HOLIDAYPAY | 0 | 8 | $358.10 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $1,477.96 | $11,504.10 |
| PENNA | $188.12 | $2,116.74 |
| PHILA | $229.18 | $2,578.71 |
| HEALTH COPAY | $44.76 | $1,218.55 |
| RRTA TIER I | $465.35 | $5,181.37 |
| RRTA TIER II | $298.06 | $3,318.78 |
| UNION DUES | $23.45 | $609.70 |
| PRIMARY CHECK | $3,400.84 | $42,030.19 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $6,127.72 | - | $1,895.26 | - | $831.62 | = | $3,400.84 | | 131696088 | $3,400.84 |
| Y TO D | $68,948.92 | - | $16,199.55 | - | $10,328.40 | = | $42,420.97 | 07-04-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$3,400.84

[redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

07-10-2026

SOUTHEASTERN PA TRANSP AUTH

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $0.00 | $12,271.38 |
| HEALTH COPAY | $0.00 | $1,263.31 |
| RRTA TIER I | $0.00 | $5,482.35 |
| RRTA TIER II | $0.00 | $3,511.57 |
| UNION DUES | $0.00 | $633.15 |
| PENNA | $0.00 | $2,238.90 |
| PHILA | $0.00 | $2,727.53 |
| PRIMARY CHECK | $0.00 | $44,409.05 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 0 | $0.00 | $44,171.72 |
| OVERTIME EARN | 0 | 0 | $0.00 | $21,434.76 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $3,818.00 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $415.00 | $415.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $415.00 | - | $0.00 | - | $0.00 | = | $415.00 | | 6206202 | $415.00 |
| Y TO D | $73,343.02 | - | $17,237.81 | - | $10,890.38 | = | $45,214.83 | 07-11-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

07-17-2026 ZAK CHRISTOPHER WHARTON $4.15

FOUR HUNDRED FIFTEEN DOLLARS NO CENTS

6206202

TO THE ORDER OF

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $767.28 | $12,271.38 |
| PENNA | $122.16 | $2,238.90 |
| PHILA | $148.82 | $2,727.53 |
| HEALTH COPAY | $44.76 | $1,263.31 |
| RRTA TIER I | $300.98 | $5,482.35 |
| RRTA TIER II | $192.79 | $3,511.57 |
| UNION DUES | $23.45 | $633.15 |
| PRIMARY CHECK | $2,378.86 | $44,409.05 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $44,171.72 |
| OVERTIME EARN | 0 | 32 | $2,148.60 | $21,434.76 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $3,818.00 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $3,979.10 | - | $1,038.26 | - | $561.98 | = | $2,378.86 | | 131703097 | $2,378.86 |
| Y TO D | $72,928.02 | - | $17,237.81 | - | $10,890.38 | = | $44,799.83 | 07-11-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$2,378.86

[redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

07-17-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $507.53 | $12,778.91 |
| PENNA | $88.93 | $2,327.83 |
| PHILA | $108.34 | $2,835.87 |
| HEALTH COPAY | $44.76 | $1,308.07 |
| RRTA TIER I | $218.18 | $5,700.53 |
| RRTA TIER II | $139.75 | $3,651.32 |
| UNION DUES | $23.45 | $656.60 |
| PRIMARY CHECK | $1,765.87 | $46,174.92 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 32 | $1,464.40 | $45,636.12 |
| OVERTIME EARN | 0 | 16 | $1,074.31 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 8 | $358.10 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $2,896.81 | - | $704.80 | - | $426.14 | = | $1,765.87 | | 131712172 | $1,765.87 |
| Y TO D | $76,239.83 | - | $17,942.61 | - | $11,316.52 | = | $46,980.70 | 07-18-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,765.87

[redacted] [redacted] [redacted] [redacted]

TO THE
ORDER
OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

07-24-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $13,038.34 |
| PENNA | $56.20 | $2,384.03 |
| PHILA | $68.46 | $2,904.33 |
| HEALTH COPAY | $44.76 | $1,352.83 |
| RRTA TIER I | $136.61 | $5,837.14 |
| RRTA TIER II | $87.50 | $3,738.82 |
| UNION DUES | $0.00 | $656.60 |
| PRIMARY CHECK | $1,177.54 | $47,352.46 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $47,466.62 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $268.87 | = | $1,177.54 | | 131719119 | $1,177.54 |
| Y TO D | $78,070.33 | - | $18,326.70 | - | $11,585.39 | = | $48,158.24 | 07-25-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,177.54

TO THE ORDER OF

[redacted] [redacted] [redacted] [redacted]

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

07-31-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $13,297.77 |
| PENNA | $56.20 | $2,440.23 |
| PHILA | $68.46 | $2,972.79 |
| HEALTH COPAY | $44.76 | $1,397.59 |
| RRTA TIER I | $136.61 | $5,973.75 |
| RRTA TIER II | $87.50 | $3,826.32 |
| UNION DUES | $23.45 | $680.05 |
| PRIMARY CHECK | $1,154.09 | $48,506.55 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $49,297.12 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $292.32 | = | $1,154.09 | | 131727978 | $1,154.09 |
| Y TO D | $79,900.83 | - | $18,710.79 | - | $11,877.71 | = | $49,312.33 | 08-01-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,154.09

[redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

08-07-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.00 | $13,556.77 |
| PENNA | $56.14 | $2,496.37 |
| PHILA | $68.39 | $3,041.18 |
| HEALTH COPAY | $44.76 | $1,442.35 |
| RRTA TIER I | $136.45 | $6,110.20 |
| RRTA TIER II | $87.40 | $3,913.72 |
| UNION DUES | $23.45 | $703.50 |
| PRIMARY CHECK | $1,152.92 | $49,659.47 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,828.51 | $51,125.63 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,828.51 | - | $383.53 | - | $292.06 | = | $1,152.92 | | 131734982 | $1,152.92 |
| Y TO D | $81,729.34 | - | $19,094.32 | - | $12,169.77 | = | $50,465.25 | 08-08-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,152.92

[redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

08-14-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $52,956.13 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $13,816.20 |
| PENNA | $56.20 | $2,552.57 |
| PHILA | $68.46 | $3,109.64 |
| HEALTH COPAY | $44.76 | $1,487.11 |
| RRTA TIER I | $136.61 | $6,246.81 |
| RRTA TIER II | $87.50 | $4,001.22 |
| UNION DUES | $23.45 | $726.95 |
| PRIMARY CHECK | $1,154.09 | $50,813.56 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $292.32 | = | $1,154.09 | | 131743890 | $1,154.09 |
| Y TO D | $83,559.84 | - | $19,478.41 | - | $12,462.09 | = | $51,619.34 | 08-15-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,154.09

[redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

08-21-2026

SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON
[redacted]

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $14,075.63 |
| PENNA | $56.20 | $2,608.77 |
| PHILA | $68.46 | $3,178.10 |
| HEALTH COPAY | $44.76 | $1,531.87 |
| RRTA TIER I | $136.61 | $6,383.42 |
| RRTA TIER II | $87.51 | $4,088.73 |
| UNION DUES | $23.45 | $750.40 |
| PRIMARY CHECK | $1,154.08 | $51,967.64 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $54,786.63 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $292.33 | = | $1,154.08 | | 131750864 | $1,154.08 |
| Y TO D | $85,390.34 | - | $19,862.50 | - | $12,754.42 | = | $52,773.42 | 08-22-2026 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

DISCOVER BANK

CHECK

XXXXXXXXXXXXXXXXX

$1,154.08

[redacted] [redacted] [redacted] [redacted]

TO THE ORDER OF

ZAK CHRISTOPHER WHARTON
12009 LAVENDER PLACE
PHILADELPHIA PA 19154

08-28-2026