**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Zak Christopher Wharton,<br><br>*Debtor*. | Case No. 26-13981-DJB<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on September 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 23, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

# Method of Service - First Class Mail

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cavalry Portfolio Services
Attn: Bankruptcy
1 American Lane, Ste 220
Greenwich, CT 06831

Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

Delaware River Port Authority
c/o NJ E-ZPass
P.O. Box 4971
Trenton, NJ 08650

LVNV Funding LLC/Resurgent Capital Services
Resurgent Correspondence, Attn: Bankruptcy PO Box 1269
Greenville, SC 29602

Mohela/dofed
Po Box 300001
Greenville, TX 75403

PA Turnpike Toll By Plate
Attn: Bankruptcy
P.O. Box 645631
Pittsburgh, PA 15264-5254

PECO Energy Company
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Housing Finance Agency
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Port Authority of NY & NJ
Attn: Bankruptcy
4 World Trade Ctr
New York, NY 10007

Target NB
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328