**SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON**
[redacted]

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $54,786.63 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $14,075.63 |
| PENNA | $56.20 | $2,608.77 |
| PHILA | $68.46 | $3,178.10 |
| HEALTH COPAY | $44.76 | $1,531.87 |
| RRTA TIER I | $136.61 | $6,383.42 |
| RRTA TIER II | $87.51 | $4,088.73 |
| UNION DUES | $23.45 | $750.40 |
| PRIMARY CHECK | $1,154.08 | $51,967.64 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $292.33 | = | $1,154.08 | | 131750864 | $1,154.08 |
| Y TO D | $85,390.34 | - | $19,862.50 | - | $12,754.42 | = | $52,773.42 | 08-22-2026 | | |

**SEPTA**
**1234 Market St.**
**Philadelphia, PA 19107-3780**

**DISCOVER BANK**

**CHECK**

**XXXXXXXXXXXXXXXXXX** **$1,154.08**

[redacted]

**TO THE ORDER OF**
**ZAK CHRISTOPHER WHARTON** **08-28-2026**
**12009 LAVENDER PLACE**
**PHILADELPHIA PA 19154**

**SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON**
[redacted]

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,820.51 | $56,607.14 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $257.24 | $14,332.87 |
| PENNA | $55.89 | $2,664.66 |
| PHILA | $68.09 | $3,246.19 |
| HEALTH COPAY | $44.76 | $1,576.63 |
| RRTA TIER I | $135.85 | $6,519.27 |
| RRTA TIER II | $87.01 | $4,175.74 |
| UNION DUES | $23.45 | $773.85 |
| PRIMARY CHECK | $1,148.22 | $53,115.86 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,820.51 | - | $381.22 | - | $291.07 | = | $1,148.22 | | 131759780 | $1,148.22 |
| Y TO D | $87,210.85 | - | $20,243.72 | - | $13,045.49 | = | $53,921.64 | 08-29-2026 | | |

**SEPTA**
**1234 Market St.**
**Philadelphia, PA 19107-3780**

**DISCOVER BANK**

**CHECK**

**XXXXXXXXXXXXXXXXXX**

**$1,148.22**

[redacted]

**TO THE ORDER OF**

**ZAK CHRISTOPHER WHARTON**
**12009 LAVENDER PLACE**
**PHILADELPHIA PA 19154**

**09-04-2026**

**SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON**
[redacted]

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,830.50 | $58,437.64 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,754.17 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $259.43 | $14,592.30 |
| PENNA | $56.20 | $2,720.86 |
| PHILA | $68.46 | $3,314.65 |
| HEALTH COPAY | $44.76 | $1,621.39 |
| RRTA TIER I | $136.60 | $6,655.87 |
| RRTA TIER II | $87.50 | $4,263.24 |
| UNION DUES | $23.45 | $797.30 |
| PRIMARY CHECK | $1,154.10 | $54,269.96 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,830.50 | - | $384.09 | - | $292.31 | = | $1,154.10 | | 131766774 | $1,154.10 |
| Y TO D | $89,041.35 | - | $20,627.81 | - | $13,337.80 | = | $55,075.74 | 09-05-2026 | | |

**SEPTA**
**1234 Market St.**
**Philadelphia, PA 19107-3780**

**DISCOVER BANK**

**CHECK**

**XXXXXXXXXXXXXXXXX** **$1,154.10**

**TO THE ORDER OF**

[redacted]

**ZAK CHRISTOPHER WHARTON** **09-11-2026**
**12009 LAVENDER PLACE**
**PHILADELPHIA PA 19154**

**SOUTHEASTERN PA TRANSP AUTH ZAK CHRISTOPHER WHARTON**

[redacted]

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 32 | $1,464.40 | $59,902.04 |
| OVERTIME EARN | 0 | 0 | $0.00 | $22,509.07 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $19.40 |
| VAC PAY | 0 | 0 | $0.00 | $4,176.10 |
| HOLIDAYPAY | 0 | 8 | $358.10 | $2,112.27 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,729.97 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $415.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $257.67 | $14,849.97 |
| PENNA | $55.95 | $2,776.81 |
| PHILA | $68.16 | $3,382.81 |
| HEALTH COPAY | $44.76 | $1,666.15 |
| RRTA TIER I | $136.00 | $6,791.87 |
| RRTA TIER II | $87.11 | $4,350.35 |
| UNION DUES | $23.45 | $820.75 |
| PRIMARY CHECK | $1,149.40 | $55,419.36 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,822.50 | - | $381.78 | - | $291.32 | = | $1,149.40 | | 131775676 | $1,149.40 |
| Y TO D | $90,863.85 | - | $21,009.59 | - | $13,629.12 | = | $56,225.14 | 09-12-2026 | | |

**SEPTA**
**1234 Market St.**
**Philadelphia, PA 19107-3780**

**DISCOVER BANK**

**CHECK**

**XXXXXXXXXXXXXXXXXX** **$1,149.40**

[redacted]

**TO THE ORDER OF**

**ZAK CHRISTOPHER WHARTON** **09-18-2026**
**12009 LAVENDER PLACE**
**PHILADELPHIA PA 19154**